UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19CR642 |
| | ) | |
| Plaintiff(s), | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| JIMMY LEE HARRIS, JR., | ) | ORDER |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

Before the Court is the Joint Notice of Intent to Plea Guilty.

Due to the international pandemic caused by the Coronavirus (COVID-19), the President of the United States and the Governor of the State of Ohio have declared a public health emergency. The Center for Disease Control and Prevention and other public health authorities have urged the taking of drastic precautions to reduce the possibility of exposure to the virus and slow the spread of the disease. Clearly, this crisis impacts the health and availability of all participants necessary to the resolution of this case.

In light of In Re: Coronavirus (COVID-19) Phased-In Recovery Plan, General Order 2020-08 (May 22, 2020), the ends of justice are served by excluding all time between the filing of this Notice of Intent to Plea Guilty and the Court's acceptance of Defendant's guilty plea for Speedy Trial Act purposes under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii), and (iv).

The granting of a continuance outweighs the best interest of the public and defendant in a speedy trial, and the failure to grant such a continuance would be likely to result in a miscarriage of justice.

Change of Plea Hearing and Sentencing are set October 14, 2020 at 11:30 a. m. The matter is referred to Pretrial/Probation for preparation of a Presentence Investigation Report.

IT IS SO ORDERED.

    /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Court
Chief Judge

Dated: 6/18/20