PROB 13A
(12/76)

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT __Ohio 19cR642__

**Defendant's Approval To Institute a Presentence Investigation
Before Conviction or Plea of Guilty**

I, __Jimmy Harris Jr.__ , hereby consent
(Name of Defendant)

to a presentence investigation by the probation officers of the United States district courts. This investigation is for the purpose of obtaining information useful to the court in the event I should hereafter plead guilty or nolo contendere or be found guilty.

By this consent, I do not admit any guilt or waive any rights. I understand that any reports prepared will not be shown to the court or any one else unless and until I have been found guilty or entered a plea of guilty or nolo contendere. I understand, however, that I may hereafter agree in writing to disclosure of such reports to the court before I have been found guilty or entered a plea of guilty or nolo contendere.

I have read, or had read to me, the foregoing consent and fully understand it. No promise has been made to me as to what final disposition will be made of my case.

__8/14/20__                                       __[signature]__
(Date)                                                   (Signature of Defendant)

__8-14-20__                                       __[signature]__
(Date)                                                   (Defendant's Attorney)

PROB 13B
(10/76)

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT __Ohio   19CR642__

### Defendant's Consent to the Court's Inspection of Presentence Report
### Prior to Plea of Guilty, Nolo Contendere, or Finding of Guilt

I, __Jimmy Harris Jr.__ , hereby consent
(Name of Defendant)

to review of my presentence report by a judge at any time, including the time prior to entry of a plea of guilty or nolo contendere or a finding of guilt.

I have read, or had read to me, the foregoing consent and fully understand it. No promise has been made to me as to what the final disposition of my case will be.

__8/14/20__
(Date)

__(Signature of Defendant)__

__8-14-20__
(Date)

__(Defendant's Attorney)__